### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00117 |
| | ) | Judge Trauger |
| CHRISTOPHER LEE STANTON | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the government shall respond to the defendant's Motion to Amend Judgement (Docket No. 91) by September 10, 2012.

It is so **ORDERED.**

Enter this 24th day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge